OCTOBER 29, 1958.

No. 340.  DIVERSEY CORPORATION *v.* CHARLES PFIZER & Co., INC.; and

No. 344.  CHARLES PFIZER & Co., INC., *v.* DIVERSEY CORPORATION.  On petitions for writs of certiorari to the United States Court of Appeals for the Seventh Circuit. Dismissed by stipulation pursuant to Rule 60 of the Rules of this Court. *Charles J. Merriam* was on the stipulation for petitioner in No. 340 and respondent in No. 344.  With him on the petition was *Samuel B. Smith*. *Arthur G. Connelly* for respondent in No. 340 and petitioner in No. 344.  Reported below: 255 F. 2d 60.

NOVEMBER 10, 1958.

No. 371.  NATIONAL BROADCASTING Co., INC., *v.* PHILCO CORPORATION.  On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit.  The Solicitor General is invited to file a brief setting forth the views of the Federal Communications Commission in this case.

No. 273, Misc.  WRIGHT *v.* DOWD, WARDEN;

No. 279, Misc.  BRANCH *v.* ALVIS, WARDEN; and

No. 292, Misc.  MULLINS *v.* ALVIS, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.  Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.